**STATE of Missouri, Respondent,**

v.

**Richard ·Allen WILLIAMS, Appellant.**

**No. ED 100304**

Missouri Court of Appeals, ·
Eastern District,
Division Three.

FILED: December 16, 2014

Motion for Rehearing and/or Transfer
to Supreme Court Denied
February 24, 2015

Gilbert C. Sison, 120 S. Central Avenue, Suite 130, St. Louis, MO 63105, for appellant.

Chris A. Koster, Attorney General, Richard A. Starnes, Asst. Attorney General, P.O. Box 899, Jefferson City, MO 65102–0899, for respondent.

Before Kurt S. Odenwald, P.J. and Robert G. Dowd, Jr. and Gary M. Gaertner, Jr., JJ.

### ORDER

PER CURIAM.

Richard Williams appeals from the judgments entered after a jury trial on the following convictions: two counts of statutory sodomy in the first degree, one count of child molestation in the first degree, one count of sexual misconduct with a person under age fifteen and one count of endangering the welfare of a child in the first degree. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).

**J.A.K., Appellant,**